# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GILLAR and STEPHANIE GILLAR, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:17-2128 |
| v. | : (JUDGE MANNION) |
| BLUE CROSS/BLUE SHIELD OF SOUTH CAROLINA, | : |
| Defendant | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment **(Doc. 12)** is **GRANTED**.

**(2)** The plaintiffs' motion for summary judgment **(Doc. 19)** is **DENIED**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 30, 2019**

17-2128-01-ORDER.wpd